# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

MELISSA MORRISON                                              PLAINTIFF

V.                              NO. 3:17-CV-00147-JTR

NANCY A. BERRYHILL,
Deputy Commissioner for Operations,
performing the duties and functions not reserved
to the Commissioner of Social Security                       DEFENDANT

## ORDER

Pending before the Court is Plaintiff's motion requesting an award of attorney's fees and expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.[1] *Doc. 15.* The Commissioner has not filed a Response, and the time for doing so has expired.

Plaintiff's attorney, Stephanie Bartels Wallace, requests a total payment of $2,384.47 consisting of: (1) 10.15 hours of attorney work in 2017-18 at the hourly rate of $196.00 ($1,989.40); (2) 5.0 hours of paralegal work at the hourly rate of $75.00 ($375.00); and (3) $20.07 in expenses.

The Court concludes that Plaintiff is entitled to an award of attorney's fees and expenses under the EAJA and that the amount requested is reasonable.

---

[1]On April 3, 2018, the Court entered an Order and Judgment reversing the Commissioner's decision and remanding this case for further administrative proceedings. *Docs. 13 & 14.*

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees and Expenses Pursuant to the EAJA, *Doc. 15* is GRANTED.

IT IS FURTHER ORDERED that Plaintiff is awarded $2,384.47 in attorney's fees and expenses under the EAJA.[2]

DATED this 24th day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2]Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff, but mailed to the care of Plaintiff's attorney at the attorney's office.